UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY HARRY,

        Plaintiff,

- against -

SERGEANT ROSS NASIEROWSKI,

        Defendant.

------------------------------------------------------------X

**ORDER**
**09 CV 2342 (SJF)(LB)**

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT ★ NOV 03 2009 P.M. TIME A.M.

**BLOOM, United States Magistrate Judge:**

By letter dated July 7, 2009, Corporation Counsel identified Sergeant Ross Nasierowski as the officer involved in plaintiff's arrest on October 4, 2009. See docket entry 7. The summons issued for defendant Nasierowski was returned executed with the notation that defendant was served on September 5, 2009. See docket entry 16. Defendant has not responded to the complaint. Defendant shall respond to the complaint by November 16, 2009 or show cause why the Court should not enter a default judgment against him.

SO ORDERED.

                                                        LOIS BLOOM
                                                        United States Magistrate Judge

Dated: November 2, 2009
       Brooklyn, New York