UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ANTHONY HARRY,

                Plaintiff,

- against -

SERGEANT NASIEROWSKI, Shield # 31705,

                Defendant.

----------------------------------------------------------X

**ORDER**
**09 CV 2342 (SJF)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pre-trial telephonic conference pursuant to Fed. R. Civ. P. 16 on December 22, 2009 at 2:00 p.m. Defendant's counsel is requested to arrange and initiate the conference call. The Warden of USP Allenwood shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendant's counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

Dated: November 18, 2009
       Brooklyn, New York

                              LOIS BLOOM
                              United States Magistrate Judge