UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ANTHONY HARRY,

           Plaintiff,

   - against -

SERGEANT ROSS NASIEROWSKI,[1]

           Defendant.

-------------------------------------------------X

**ORDER**
**09 CV 2342 (SJF)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court held an initial pre-trial conference pursuant to Fed. R. Civ. P. 16 by telephone on December 22, 2009 in this pro se civil rights action. Plaintiff was directed to sign and return the unsealing releases to defendant's counsel. Plaintiff was also directed to stop writing letters to the Court regarding matters that he should address to defendant's counsel. The Court shall hold a status conference by telephone on February 9, 2010 at 10:00 a.m.; defendant's counsel is requested to arrange and initiate the conference call. The Warden of USP Allenwood shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, defendant's counsel shall telephone the Court at (718) 613-2170.

SO ORDERED.

                                                  LOIS BLOOM
                                                  United States Magistrate Judge

Dated: December 23, 2009
       Brooklyn, New York

---

[1] By letter dated July 7, 2009, defendant's counsel identified John Doe #31705 as Sergeant Ross Nasierowski. The Clerk of Court shall terminate "John Doe #31705" from the docket.