FILED
IN CLERK'S O...
U.S. DISTRICT C...
★ FEB 04 2010
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

ANTHONY HARRY,

        Plaintiff,

- against -

SERGEANT ROSS NASIEROWSKI,

        Defendant.

------------------------------------------------------X

**ORDER**
**09 CV 2342 (SJF)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated January 26, 2010, plaintiff states he is no longer at USP Allenwood and provides his current address. See docket entry 26. The Court will therefore hold an **in person** status conference in this case on **February 9, 2010** at 10:00 a.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: February 3, 2010
       Brooklyn, New York