UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

ANTHONY HARRY,

                Plaintiff,                          **ORDER**
                                                    **09 CV 2342 (SJF)(LB)**

                - against -

SERGEANT ROSS NASIEROWSKI,

                Defendant.

-----------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

The Court held a discovery conference by telephone on May 13, 2010 and granted defendant's motion to compel. See docket entry 35. For the reasons discussed on the record, plaintiff shall execute a release for his unrelated arrests pursuant to Criminal Procedure Law §160.50. Plaintiff shall also respond to defendant's interrogatory requesting plaintiff to identify other lawsuits in which he has been a party. As plaintiff stated he had not received them, defendant's counsel shall re-send defendant's responses to plaintiff's discovery requests. Plaintiff also stated that he filed a motion to compel. After discussing their dispute, the parties raised two issues and the Court ruled that defendant need not produce plaintiff's mug shot and fingerprint records. Therefore, plaintiff's motion to compel is denied as moot. See docket entry 42.

SO ORDERED.

                                                          /S/
                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: May 17, 2010
       Brooklyn, New York